Julius R. Schmeltzer and Others, Appellants, v. Jules Haft and Others, Defendants. Jules Haft, Respondent.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Henry J. Zimmerman, Respondent, v. Reinhardt Rahmeyer and Ernest Rahmeyer, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Florence Q. Bonnell, Respondent, v. Geoffrey H. Bonnell, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.

Howard Brower and Others, Appellants, v. Newbold T. Lawrence and Others, Defendants. Caroline T. Lawrence and Anna T. Herrick, Respondents.— Order and judgment affirmed, with costs. No opinion. Rich, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent, being of opinion that among the covenants in the instrument is one of quiet enjoyment against acts of third parties.

Beatrice Carlson, Appellant, v. Adam Schumann Associates, Inc., and Others, Respondents.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the judgment is against the weight of the evidence. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur. Settle order on notice.

Fred A. Gambold, as Executor, etc., of Charles S. Lamphear, Deceased, Respondent, v. George W. MacLean and Ernest C. Colter, as Surviving Executors, etc., of Katherine L. MacLean, Deceased, Appellants.— Final judgment modified so as to provide that the amount of the recovery be $4,230.35, with interest on the various annual amounts found to be due up to April 9, 1929, the date of the referee's report, and with interest on the aggregate amount up to the time of the entry of judgment — June 14, 1929. As so modified the judgment is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Agnes Theresa Giblin, Appellant, v. James P. Giblin, Respondent.— Judgment affirmed, without costs. No opinion. Lazansky, P. J., Rich and Kapper, JJ., concur; Hagarty and Scudder, JJ., dissent upon the ground that the determination is against the weight of the evidence.